UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| ALVARO CAMPOS,<br><br>    Petitioner,<br><br>v.<br><br>M.D. McDONALD, et al.,<br><br>    Respondents. | CV 10-07255-GHK (SH)<br><br>JUDGMENT |

Pursuant to the Order of the Court adopting the final conclusions and recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and the action is dismissed with prejudice.

DATED: 6/2/11

GEORGE H. KING
UNITED STATES DISTRICT JUDGE

1